IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01214-RM-BNB

JONATHAN HEMPHILL,

Plaintiff,

v.

ACE ADJUSTMENT CO., INC., d/b/a Asset Collection Experts,

Defendant.

_____

**ORDER**
_____

Good cause having been shown:

IT IS ORDERED that my Order to Show Cause [Doc. # 15, filed 9/30/2013] is

DISCHARGED.

Dated October 10, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge