IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01214-RM-BNB

JONATHAN HEMPHILL,

Plaintiff,

v.

ACE ADJUSTMENT CO., INC., d/b/a Asset Collection Experts,

Defendant.

_____

**ORDER**
_____

This matter arises in connection with my Order to Show Cause [Doc. # 20] and the plaintiff's Response [Doc. # 21].

IT IS ORDERED:

(1) The Order to Show Cause [Doc. # 20] is DISCHARGED, good cause having been shown; and

(2) The plaintiff shall file his Motion for Default Judgment, if at all, on or before December 10, 2013.

Dated December 3, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge